VICTOR SPITZER v. MOSES GINSBERG.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Callahan, J. P., Van Voorhis, Heffernan and Bergan, JJ. [See 279 App. Div. 1050.]

SUSAN ROGERS v. ELMER A. ROGERS.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Dore, J. P., Cohn, Callahan and Van Voorhis, JJ. [See 279 App. Div. 1046.]

In the Matter of the Estate of HAROLD D. KITTINGER, Deceased. CHASE NATIONAL BANK OF THE CITY OF NEW YORK, as Executor of HAROLD D. KITTINGER, Deceased, et al., Respondents; JOYCE KITTINGER, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Dore, J. P., Cohn, Callahan and Van Voorhis, JJ. [See 279 App. Div. 992.]

MILTON J. GREENEBAUM, Individually and as a Stockholder of FELIX LILIENTHAL & CO., INC., Suing on Behalf of Himself and All Other Stockholders of Said Corporation, Similarly Situated, and in the Right of Said Corporation, v. FELIX LILIENTHAL & CO., INC., et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Dore, J. P., Cohn, Callahan and Van Voorhis, JJ. [See *ante*, p. 132.]

C. V. SMITH COMPANY v. MARGARET GARCIA.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Dore, J. P., Cohn, Callahan and Heffernan, JJ. [See 279 App Div. 995.]

NAIM SHOOKER v. PACIFIC PRODUCTS CORPORATION et al.— Motion for reargument denied, with $10 costs. The modification directed by this court in the order of BOTEIN, J., which was appealed from, did not alter the substance thereof nor did it alter the order of NATHAN, J., as contended in support of the motion for reargument. The order of NATHAN, J. was merely construed. Present — Peck, P. J., Callahan, Van Voorhis, Heffernan and Bergan, JJ. [See 279 App. Div. 1044.]

In the Matter of THOMAS B. WALKER, Respondent, against JAMES S. WATSON et al., Constituting the Municipal Civil Service Commission of the City of New York, Appellants.— Order unanimously modified by granting the application only to the extent of directing the municipal civil service commission to permit petitioner to examine form P. 23 filed by the appointing officer of an exempt employee pursuant to rule IV of the rules of the municipal civil service commission only for specified persons, the names of such persons to be set forth in the order to be settled hereon on notice and, as so modified, affirmed, without costs. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Dore, Cohn and Callahan, JJ. [201 Misc. 556.]